UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| ESIN E. ARAKAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C/A NO.: 4:14-CV-457-TER |
| vs. | ) | |
| | ) | |
| CAROLYN COLVIN, ACTING | ) | ORDER |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court upon motion of Plaintiff's counsel, Robertson H. Wendt, Jr., for attorney's fees pursuant to the Equal Access to Justice Act (EAJA). See 28 U.S.C. §2412. Plaintiff, as part of a compromise settlement with the Commissioner, seeks an award of attorney's fees in the amount of $5,500.00, plus $400.00 in costs. The Parties have filed a joint stipulation evidencing their agreement.

Upon review of the material submitted to the court and finding the fees to be reasonable, the Plaintiff's Motion for Attorney's Fees (ECF No. 37) is granted, as outlined in the Joint Stipulation. The Commissioner shall pay the Plaintiff attorney's fees in the amount of $5,500.00, plus $400.00 in costs.

Payment of the fees and expenses noted herein shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees in connection with this action. This award is without prejudice to the right of Plaintiff to seek attorney fees under Section 206(b) of the Social Security Act, subject to the offset provisions of the EAJA. Further, the award of fees shall be made payable to the Plaintiff, but delivered to the office of Plaintiff's counsel. See Astrue v. Ratliff, 560 U.S. 586, 596-98 (2010).

IT IS SO ORDERED.            s/ Thomas E. Rogers, III
                             Thomas E. Rogers, III
                             United States Magistrate Judge

February 19, 2016
Florence, SC